**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Frank Sanchez, Laima Mockiene, Gilveta Mockute, and Aldas Mockus. | FILED MAY 9, 2008   YM |
| | 08CV2712 |
| Ruth Dorochoff, Chicago District Director, USCIS | JUDGE LEFKOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Frank Sanchez, Laima Mockiene, Gilveta Mockute, and Aldas Mockus

MAGISTRATE JUDGE ASHMAN

| NAME (Type or print) |
|---|
| GENE MELTSER, ESQ. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /s/ Gene Meltser |
| FIRM |
| Birg & Meltser |
| STREET ADDRESS |
| 570 Lake Cook Road, Suite 125 |
| CITY/STATE/ZIP |
| Deerfield, IL 60015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270933 | 847-444-9000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐