## United States District Court for the Northern District of Illinois

Case Number: 08CV2712    Assigned/Issued By: DAJ

Judge Name: LEFKOW    Designated Magistrate Judge: ASHMAN

### FEE INFORMATION

Amount Due:    ☑ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other ____
               ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2766416

Date Payment Rec'd: 05/09/08    Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

3 Original and 0 copies on 05/09/08 as to US ATTORNEY, ATTORNEY GENERAL, DOROCHOFF
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05