UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Frank Sanchez, et al.
                               Plaintiff,

v.                                                                    Case No.: 1:08−cv−02712
                                                                     Honorable Joan H. Lefkow

Ruth Dorochoff
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:No one appeared in court on 7/31/2008 when case was called for status. Plaintiff was directed to either file a stipulation to dismiss prior to 7/31/2008 or appear in court on that day. Case dismissed for want of prosecution. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.